CHASAN LAMPARELLO MALLON & CAPPUZZO, P.C.
300 Lighting Way
Secaucus, New Jersey 07094-3621
201-348-6000
Attorneys for Defendant Hudson County Prosecutor's Office
File No.: 02290-0062

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIN BURNS RUBAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HUDSON COUNTY PROSECUTOR'S OFFICE, and HUDSON COUNTY PROSECUTOR'S OFFICE CHIEF OF INVESTIGATIONS GENNARO RUBINO (Individually and in his Official Capacity as the Chief of Investigation of the Hudson County Prosecutor's Office), JOHN AND JANE DOES 1-10, individually and in their official capacities.<br><br>　　　　Defendants. | Civil Action No:2:18-cv-08223-MCA-LDW<br><br><br><br>STIPULATION VACATING DEFAULT AGAINST DEFENDANT HUDSON COUNTY PROSECUTOR'S OFFICE |

**THIS MATTER** having been opened to the Court by CHASAN LAMPARELLO MALLON & CAPPUZZO, PC (Raymond J. Seigler, Esq., appearing), as attorneys for Defendant Hudson County Prosecutor's Office, the parties hereby stipulate and agree to vacate the default entered against these Defendants on July 24, 2018, and extend the time within which these Defendants might file and serve an Answer to Plaintiff's Complaint to Monday, July 30, 2018.

THE ABOUSHI LAW FIRM

By: /s Aymen Aboushi
    AYMEN A. ABOUSHI, ESQ.
    Attorneys for Plaintiff Erin Burns Rubas

CHASAN LAMPARELLO MALLON & CAPPUZZO, PC

By: /S Raymond Seigler
    RAYMOND J. SEIGLER, ESQ.
    Attorneys for Defendant Hudson County Prosecutor's Office